David J. Kozlowski
Latisha V. Thompson
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600

–and–

Jesse B. Levin (admitted *pro hac vice*)
**GLASER WEIL FINK
    HOWARD JORDAN & SHAPIRO LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7808

*Counsel for TSFV Holdings, LLC on its own behalf
and on behalf of Peak Performance NYC, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| **MULBERRY DEVELOPMENT, LLC**, | : | |
| | : | Case No.: 24-11010 (MG) |
| | : | |
| Debtor. | : | |

---

## JOINDER TO TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

      TSFV Holdings, LLC on its own behalf and on behalf of Peak Performance NYC, LLC (together, "**TSFV**"), hereby submits this joinder ("**Joinder**") to the Chapter 7 Trustee's *Motion to Dismiss Chapter 7 Case* ("**Motion to Dismiss**") [Docket No. 47]. In support of this Joinder, TSFV represents as follows:

1. The Debtor, through LaVecchia, chose to seek relief under Chapter 7 of the Bankruptcy Code. Doing so imposes certain requirements, not the least of which are fulsome disclosures by the Debtor and strict compliance with this Court's orders.

2. In addition to the Debtor's failure to provide adequate information to the Trust, the Debtor, through Mr. LaVecchia, failed to respond to the subpoena served under the TSFV 2004 Order. This failure forced TSFV to file the TSFV Motion to Compel, requiring Mr. LaVecchia to communicate with TSFV by January 21, 2025 to establish a time to sit for deposition on or before February 10, 2025. The order granting the TSFV Motion to Compel ("**TSFV Compel Order**") also imposed $1,000 per day sanctions for each of the deadlines in the event Mr. LaVecchia failed to comply with the TSFV Compel Order.

3. Mr. LaVecchia failed to respond to TSFV's counsel's request for availability, and failed to communicate with TSFV or its counsel in any way.

4. For the reasons referenced above and in the Motion to Dismiss, TSFV respectfully joins in, adopts as its own, and explicitly incorporates the arguments from the Motion to Dismiss as if fully set forth herein.

5. TSFV expressly reserves and preserves its rights to supplement this Joinder.

[*remainder of page intentionally left blank*]

#13568716v1\025360\0002

## CONCLUSION

**WHEREFORE**, for the reasons stated herein, TSFV respectfully requests that this Court grant the Motion and dismiss this Chapter 7 Case.

Dated: New York, New York
      February 11, 2025

Respectfully submitted,
**MORRISON COHEN LLP**

By: */s/ David J. Kozlowski*
    David J. Kozlowski
    Latisha V. Thompson

909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
dkozlowski@morrisoncohen.com
lthompson@morrisoncohen.com

–and–

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
Jesse B. Levin (admitted *pro hac vice*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7808

*Counsel for TSFV Holdings, LLC on its own behalf and on behalf of Peak Performance NYC, LLC*